# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

| | |
|---|---|
| In Re: | Case No. 25-11494 |
| Tamie Jo Vann, | Chapter 13 |
| Kenneth Charles Vann, | |
| Debtors. | Judge Scott H. Yun |

## REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Bonial & Associates, P.C. has been engaged by the interested party identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the creditor at the following address:

NewRez LLC d/b/a Shellpoint Mortgage Servicing
PO Box 10826,
Greenville, South Carolina 29603-0826

Respectfully submitted,
Bonial & Associates, P.C.

/s/ Paul W. Cervenka
Paul W. Cervenka
14841 Dallas Parkway, Suite 350
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: POCInquiries@BonialPC.com
Authorized Agent for NewRez LLC d/b/a
Shellpoint Mortgage Servicing

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Bonial & Associates, P.C.**
**P.O. Box 9013**
**Addison, Texas 75001**
**(972) 643-6600**
**Email: POCInquiries@BonialPC.com**
**Authorized Agent for Creditor**

A true and correct copy of the foregoing document entitled *(specify)*: _____Request for Service of Notice_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) March 18, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

*Trustee*
Rod Danielson

*Debtors' Attorney*
Benjamin Heston
bhestonecf@gmail.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL:**
On March 18, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*Debtor*
Tamie Jo Vann
13445 Dilbeck Dr
Moreno Valley, CA 92553-6238

*Debtor*
Kenneth Charles Vann
13445 Dilbeck Dr
Moreno Valley, CA 92553-6238

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/18/2025 | Paul W. Cervenka | /s/ Paul W. Cervenka |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

7769-N-9296

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    **F 9013-3.1.PROOF.SERVICE**