Kirsten Martinez, SBN 310674
Bonial & Associates, P.C.
3160 Crow Canyon Place, Suite 215
San Ramon, California 94583
Telephone: (213) 863-6010
Fax: (213) 863-6065
Kirsten.Martinez@BonialPC.com

Attorney for Secured Creditor

# UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>Tamie Jo Vann<br> Kenneth Charles Vann,<br><br><br><br><br><br><br><br><br><br><br><br><br><br>Debtors. | Case No. 6:25-bk-11494-SY<br><br>Chapter 13<br><br>**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**<br><br>341(a) Meeting:<br>Date:   April 16, 2025<br>Time:  8:00 a.m.<br>Place:  via Zoom<br><br>Confirmation Hearing:<br>Date:  May 27, 2025<br>Time:  1:30 p.m.<br>Place:  Courtroom 302<br>        3420 Twelfth Street<br>        Riverside, CA 92501 |

**TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTORS, DEBTORS' COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:**

Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as owner trustee for CSMC 2018-RPL6 Trust as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Secured Creditor"), hereby objects to the confirmation of the Debtors' Chapter 13 Plan in the above-captioned matter. Secured Creditor is a party in interest as the holder of a secured claim and therefore has standing to object to the Debtors' Chapter 13 Plan. Secured Creditor objects to the Debtors' Chapter 13 Plan on the following grounds:

1.  **Secured Creditor's claim relating to the Property.** At the time of the bankruptcy petition filing, Secured Creditor's claim was in the approximate amount of $323,210.73, including arrearage in the amount of $37,770.82. Secured Creditor's claim is secured by the real property commonly known as 13445 Dilbeck Drive, Moreno Valley, California 92553 (the "Property"). Secured Creditor is in the process of preparing its Proof of Claim and will file it on or before the Proof of Claim filing deadline of May 22, 2025.  However, to evidence Secured Creditor's standing in this case as the holder of a secured claim, Secured Creditor has attached hereto true and correct copies of the loan agreement, deed of trust, and assignment of deed of trust as Exhibits 1, 2, and 3, respectively.

2.  **Pursuant to 11 U.S.C. §1322(b)(5), the plan fails to provide for the curing of the default on Secured Creditor's claim.** According to the plan, Debtors have provided for the arrears in the amount of $36,000.00. However, the arrearage on Secured Creditor's claim is in the amount of $37,770.82. Debtors have failed to provide for the curing of the remaining default. Secured Creditor has satisfied its grounds for objection under 11 U.S.C. §1322(b)(5).

3.  **Pursuant to 11 U.S.C. §1325(a)(6), the Plan fails to provide how Debtors will be able to make all payments under the Plan and to comply with the Plan.** According to the plan, Debtors will make monthly payments of $770.00 for 60 months to the Trustee for a base plan amount of $46,200.00. However, according to the Debtors' Schedules, Debtors have a monthly net income of <u>only</u> $769.21. This amount will be insufficient to fund the plan once the arrears on Secured Creditor's claim, an additional $1,770.82, is fully provided for. Secured Creditor has satisfied its grounds for objection under 11 U.S.C. §1325(a)(6).

<u>CONCLUSION</u>

Any Chapter 13 Plan proposed by Debtors must provide for Secured Creditor's claim and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code. It is respectfully requested that confirmation of the Debtors' proposed Chapter 13 Plan be denied.

//

//

//

1

**WHEREFORE**, Secured Creditor respectfully requests that:

2    1.    Confirmation of Debtors' Chapter 13 Plan be denied; or, in the alternative,

3    2.    Debtors' Plan be amended in accordance with this Objection.

4    3.    For other such relief as the Court deems just and proper.

5    Dated: April 8, 2025                                    Respectfully Submitted,
                                                             Bonial & Associates, P.C.

6

7                                               By:    _/s/ Kirsten Martinez_
                                                       Kirsten Martinez
8                                                      Attorney for Secured Creditor

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**14841 Dallas Parkway, Suite 350**
**Dallas, Texas 75254**

A true and correct copy of the foregoing document entitled (*specify*): **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and  LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **April 8, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmissions at the email addresses stated below.

| *U.S. Trustee* | *Trustee* | *Debtors' Attorney* |
|---|---|---|
| ustpregion16.rs.ecf@usdoj.gov | Rod Danielson | Benjamin Heston |
| | Notice-efile@rodan13.com | bhestonecf@gmail.com |

☐  Service information continued on attached page

**2.    SERVED BY UNITED STATES MAIL:**
On (date) **April 8, 2025**, I served the following persons and/or entities at the last known address in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| *U.S. Bankruptcy Court Judge* | *Debtors* |
|---|---|
| Honorable Scott H. Yun | Tamie Jo Vann |
| 3420 Twelfth Street, Suite 345 | Kenneth Charles Vann |
| Riverside, CA 92501-3819 | 13445 Dilbeck Dr |
| | Moreno Valley, CA 92553-6238 |

☐  Service information continued on attached page

**3.    SERVED BY PERSONL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 8, 2025 | **Corey Banks** | /s/ **Corey Banks** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

7769-N-9296

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                                                                          **F 9013-3.1.PROOF.SERVICE**