Kirsten Martinez, SBN 310674
Bonial & Associates, P.C.
3160 Crow Canyon Place, Suite 215
San Ramon, California 94583
Telephone: (213) 863-6010
Fax: (213) 863-6065
Kirsten.Martinez@BonialPC.com

Attorney for Secured Creditor

# UNITED STATES BANKRUPTCY COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| In re: | Case No. 6:25-bk-11494-SY |
|---|---|
| Tamie Jo Vann and Kenneth Charles Vann, | Chapter 13 |
| | **WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN** |
| | <u>Hearing</u>:<br>Date:   June 10, 2025<br>Time:  1:30 PM<br>Place:  Courtroom 302<br>            3420 Twelfth Street<br>            Riverside, CA 92501 |
| Debtors. | |

**TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTORS, DEBTORS' COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as owner trustee for CSMC 2018-RPL6 Trust as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Secured Creditor") hereby withdraws its Objection to Confirmation of Plan (the "Objection") filed as docket entry number 18 in the above-captioned matter. Debtors have filed the Amended Chapter 13 Plan as docket entry number 22 that is in accordance with its Objection.

Dated: May 28, 2025

                                                   Respectfully Submitted,
                                                   Bonial & Associates, P.C.

                                                   By:    <u>/s/Kirsten Martinez</u>
                                                          Kirsten Martinez
                                                          Attorney for Secured Creditor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**14841 Dallas Parkway, Suite 350**
**Dallas, Texas 75254**

A true and correct copy of the foregoing document entitled (*specify*): **WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d);and **(b)** in the manner indicated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **May 28, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmissions at the email addresses stated below.

*U.S. Trustee*
ustpregion16.rs.ecf@usdoj.gov

*Trustee*
Rod Danielson
Notice-efile@rodan13.com

*Debtors' Attorney*
Benjamin Heston
bhestonecf@gmail.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL:**
On (date) **May 28, 2025**, I served the following persons and/or entities at the last known address in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*U.S. Bankruptcy Court Judge*
Honorable Scott H. Yun
3420 Twelfth Street, Suite 345
Riverside, CA 92501-3819

*Debtors*
Tamie Jo Vann
Kenneth Charles Vann
13445 Dilbeck Dr
Moreno Valley, CA 92553-6238

☐ Service information continued on attached page

3. **SERVED BY PERSONL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 28, 2025 | **Corey Banks** | /s/ ***Corey Banks*** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

7769-N-9296
This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                                                                     **F 9013-3.1.PROOF.SERVICE**