**United States Bankruptcy Court**
**Central District of California**
Riverside
**Scott Yun, Presiding**
**Courtroom 302 Calendar**

| | |
|---|---|
| Tuesday, May 27, 2025 | Hearing Room 302 |

**1:30 PM**
**6:25-11494**   Tamie Jo Vann and Kenneth Charles Vann     **Chapter 13**

Telephonic Hearing

#50.00   Confirmation of Chapter 13 Plan

Susan Luong to appear by telephone (626)616-5008
Benjamin Heston to appear by telephone (949)312-1377
Kirsten Martinez to appear by telephone (213)863-6071

*[handwritten: debtor / Shellpoint]*

Docket    12

**Matter Notes:**

**Consent Calendar**

(  ) **Confirmed** per trustee's recommendation  - Plan provisions: % to pay _____

Duration _____

Payment $_____

(✓) **Continued to** _6-10-25_ at 1:30 p.m.

341(a) _____ at 9:00 a.m.

(  ) **Objection** to plan:   (  ) Withdrawn    (  ) Sustained    (  ) Overruled

(  ) **Case Dismissed**

(  ) without prejudice     (  ) Under § 109(g)

(  ) if conversion to chapter 7 not filed and fee paid within 10 days

**Tentative Ruling:**
  - NONE LISTED -

**Party Information**