United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 25-11494-SY |
| Tamie Jo Vann | Chapter 13 |
| Kenneth Charles Vann | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 03, 2025 | Form ID: van105 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Tamie Jo Vann, Kenneth Charles Vann, 13445 Dilbeck Dr, Moreno Valley, CA 92553-6238 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2025      Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Joint Debtor Kenneth Charles Vann bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Debtor Tamie Jo Vann bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Garry A Masterson | on behalf of Creditor GREEN AURORA TRUST BnkEcf-CA@weltman.com gmasterson@weltman.com |
| Kirsten Martinez | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity, but solely as owner trustee for CSMC 2018-RPL6 Trust as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com |
| Kirsten Martinez | on behalf of Creditor Wilmington Savings Fund Society FSB Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com |
| Paul W Cervenka | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing paul.cervenka@bonialpc.com |

District/off: 0973-6 User: admin Page 2 of 2
Date Rcvd: Jun 03, 2025 Form ID: van105 Total Noticed: 1

Rod Danielson (TR)
    notice-efile@rodan13.com

United States Trustee (RS)
    ustpregion16.rs.ecf@usdoj.gov

TOTAL: 8

FormCACB 105 (AO:finmgtnotice)
(10/05 Rev. 12/2024)

**WARNING:** YOU WILL NOT RECEIVE A DISCHARGE UNLESS YOU TAKE THE REQUIRED PERSONAL FINANCIAL MANAGEMENT COURSE AFTER YOU FILE BANKRUPTCY **AND** YOU OR YOUR COURSE PROVIDER FILE THE DEBTOR'S CERTIFICATION OF COMPLETION OF THE COURSE CERTIFYING THAT YOU COMPLETED THIS COURSE.

**ADVERTENCIA:** NO RECIBIRÁ UNA DESCARGA DE BANCARROTA A MENOS QUE TOME EL CURSO REQUERIDO DE ADMINISTRACIÓN DE FINANZAS PERSONALES **DESPUES** DE PRESENTAR SU BANCARROTA **Y** USTED O SU PROVEEDOR ARCHIVE LA CERTIFICACIÓN DE FINALIZACIÓN DE CURSO O USTED PRESENTE EL CERTIFICADO QUE HA CUMPLIDO CON ESTE CURSO.

## United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501-3819**

## NOTICE OF REQUIREMENT TO FILE A
## CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE

**DEBTOR(S) INFORMATION:**
Tamie Jo Vann
**SSN:** xxx-xx-9353
**EIN:** N/A

Kenneth Charles Vann
**SSN:** xxx-xx-4397

13445 Dilbeck Dr
Moreno Valley, CA 92553-6238

**BANKRUPTCY NO.** 6:25-bk-11494-SY

**CHAPTER** 13

Notice is given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 13 (11 U.S.C. § 1328(g)). Pursuant to Rule 1007(b)(7) of the Rules of Bankruptcy Procedure, the debtor must complete and file the Certification About a Financial Management Course* as described in 11 U.S.C. § 111 unless the course provider has already notified the court of the debtor's completion of the course. To view a list of approved providers of Personal Financial Management Instructional Course, go to **http://www.justice.gov/ust/eo/bapcpa/ccde/cc_approved.htm**.

Debtor(s) and/or debtor's attorney is/are notified that a Certification About a Financial Management Course must be filed by debtor before a discharge can be entered unless the course provider has already notified the court of the debtor's completion of the course. Debtor and/or debtor's attorney is notified that the debtor must file a Certificate of Completion for a Course on Personal Financial Management no later than the last payment made by the debtor as required by the plan, or the filing of a motion for entry of discharge under 11 U.S.C. § 1328(b) unless the course provider has already notified the court of the debtor's completion of the course. Failure to file the certification will result in the case being closed without an entry of discharge. If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the Certification About a Financial Management Course, the debtor must pay the full reopening fee due for filing the motion.

This is **not** the same form as the Certificate of Credit Counseling that you may have filed at the beginning of your case. This is a **different certificate**.

Dated: June 3, 2025

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

*NOTE: A Certification About a Financial Management Course must be filed by every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case. If a joint petition is filed, each spouse must complete and file a separate certification. See Fed.R.Bank.P.1007(b).

(Form VAN-105 – defina) rev. 12/2024

25 / AUTU