# United States Bankruptcy Court
## Central District of California
Riverside
**Scott Yun, Presiding**
**Courtroom 302 Calendar**

**Tuesday, June 10, 2025**                                                          Hearing Room    302

**1:30 PM**
**6:25-11494**    Tamie Jo Vann and Kenneth Charles Vann                            Chapter 13

Telephonic Hearing

#24.00    CONT'D Confirmation of Chapter 13 Plan

**FR. 5/27/25**

Susan Luong to appear by telephone (626)616-5008
Benjamin Heston to appear by telephone (949)312-1377

Docket    22

**Matter Notes:**

**Consent Calendar** _____

(  ) **Confirmed** per trustee's recommendation - Plan provisions: % to pay _____

Duration _____

Payment $_____

(✓) **Continued** to __7-1?-25__ at 1:30 p.m.

**341(a)** _____ at 9:00 a.m.

(  ) **Objection** to plan:    (  ) Withdrawn    (  ) Sustained    (  ) Overruled

(  ) **Case Dismissed**

(  ) without prejudice    (  ) Under § 109(g)

(  ) if conversion to chapter 7 not filed and fee paid within 10 days

**Tentative Ruling:**
- NONE LISTED -

**Party Information**