**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtors

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

In re:

TAMIE JO VANN, and

KENNETH CHARLES VANN,

Debtors.

**Case No: 6:25-bk-11494-SY**

**Chapter 13**

**DECLARATION OF DEBTOR IN SUPPORT OF CONFIRMATION OF CHAPTER 13 PLAN**

**Hearing:**
Date: July 1, 2025
Time: 1:30 PM
Courtroom: 302

I, Tamie Jo Vann, declare as follows:

1. I am one of the Debtors in this bankruptcy proceeding. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.
2. I operate a small business, and all income I receive from that business is deposited into my bank account. The highlighted portions of my bank statements show each of these deposits. This business income varies from month to month depending on the volume of work. The business deposits during this period were:
   - September 2024: $3,083.50
   - October 2024: $2,874.50
   - November 2024: $2,358.50
   - December 2024: $3,801.00
   - January 2025: $2,015.45

- February 2025: $2,646.50

These deposits average $2,796.58 per month. My average monthly business expenses total $158.96, leaving net income of $2,637.62. Schedule I has been amended to reflect these figures.

3. A significant number of deposits in my bank account appear as coming from PayPal. They are rewards from Walmart's savings program. Instead of subtracting rewards from the purchase price, Walmart credits the rewards into my account.
4. My husband, Kenneth Vann, receives $1,995 per month in Social Security income. This is also reflected on the bank statements attached as Exhibit A.
5. We receive an additional $732 per month in support from the County of Riverside for our minor child. This amount is also reflected in Exhibit A.
6. We receive $1,610 per month in CalWORKs and $236 per month in CalFresh benefits. These amounts are loaded onto a debit card which are reflected on Exhibit B.
7. Our total gross income from all sources, including business income, Social Security, CalWORKs, CalFresh, and support for our child, is approximately $86,500 per year. This amount is less than half of the current median income for a household of eight in California, which is $175,245.
8. Our household consists of seven people: myself, my husband, our child, and our five grandchildren, ages 4, 5, 7, 8, and 9. The expenses disclosed on Schedule J reflect the actual costs of supporting this large household.
9. We simply cannot afford to increase our monthly plan payment without significantly impacting our ability to care for the children in our home. Doing so would compromise essential needs such as housing, food, and medical care.
10. Our I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: June 12, 2025

TAMIE JO VANN

# EXHIBIT A



TAMIE J VANN
KENNETH C VANN
13445 DILBECK DR
MORENO VALLEY CA 92553-6238

**Uni-Statement**
Account Number: [redacted] 5721
Statement Period: Aug 17, 2024 through Sep 18, 2024

## U.S. BANK SMARTLY CHECKING (CONTINUED)

U.S. Bank National Association
**Account Number [redacted] -5721**

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Aug 23 | Deposit | | 9212826909 | $ | 2,800.00 |
| Aug 29 | Overdraft Paid Fee | Waived | | | 36.00 |
| Sep 3 | Electronic Deposit<br>REF=242470047902980N00 | From PAYPAL<br>TRANSFER PAYPALSD11 | | | 1.90 |
| Sep 3 | Electronic Deposit<br>REF=242470047902940N00 | From PAYPAL<br>TRANSFER PAYPALSD11 | | | 5.67 |
| Sep 3 | Mobile Check Deposit | | 8312741085 | | 732.00 |
| Sep 3 | Federal Benefit Deposit<br>REF=242410066173400N00 | From SSA TREAS 310<br>XXSOC SEC [redacted] 4397A S | | | 1,950.00 |
| Sep 4 | Overdraft Paid Fee | Refund | 2072959110 | | 36.00 |
| Sep 4 | Deposit | | 8614411129 | | 38.50 |
| Sep 4 | Provisional Credit<br>REF=2405523424207295911O | PROV FR CRED WMT PLUS 2024 800-96<br>6-6546ARUS1 | 2072959110 | | 105.60 |
| Sep 9 | Electronic Deposit<br>REF=242530035187060N00 | From PAYPAL<br>TRANSFER PAYPALSD11 | | | 0.01 |
| Sep 9 | Electronic Deposit<br>REF=242530035186980N00 | From PAYPAL<br>TRANSFER PAYPALSD11 | | | 1.70 |
| Sep 9 | Electronic Deposit<br>REF=242530042331760N00 | From PAYPAL<br>TRANSFER PAYPALSD11 | | | 8.59 |
| Sep 9 | Mobile Check Deposit | | 8012772641 | | 2,682.50 |
| Sep 10 | Electronic Deposit<br>REF=242540069836120N00 | From PAYPAL<br>TRANSFER PAYPALSD11 | | | 0.10 |
| Sep 10 | Electronic Deposit<br>REF=242540069835050N00 | From PAYPAL<br>TRANSFER PAYPALSD11 | | | 5.04 |
| Sep 13 | Electronic Deposit<br>REF=242570028365370N00 | From PAYPAL<br>TRANSFER PAYPALSD11 | | | 0.70 |
| Sep 13 | Electronic Deposit<br>REF=242570029196470N00 | From PAYPAL<br>TRANSFER PAYPALSD11 | | | 12.34 |
| Sep 16 | Electronic Deposit<br>REF=242600045396060N00 | From PAYPAL<br>TRANSFER PAYPALSD11 | | | 0.10 |
| Sep 16 | Electronic Deposit<br>REF=242570112616860N00 | From PAYPAL<br>TRANSFER PAYPALSD11 | | | 0.83 |
| Sep 18 | Interest Paid | | 1800007065 | | 0.01 |
| | | | **Total Deposits / Credits** | **$** | **8,417.59** |

### Card Withdrawals

Card Number: xxxx-xxxx-xxxx-4975

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Aug 19 | Debit Purchase - VISA<br>DD *DOORDASHDASH | On 081624 WWW.DOORDASH CA<br>REF # 24011344229000096365469 | 9000096365 | $ | 9.99- |
| Aug 19 | Debit Purchase<br>122520 | ARCO #665770 RIVERSIDE CA<br>On 081624 MAESTERM REF 122520 | | | 20.63- |
| Aug 19 | Debit Purchase - VISA<br>DD *DOORDASH CVS | On 081724 WWW.DOORDASH CA<br>REF # 24011344231000055991590 | 1000055991 | | 22.65- |
| Aug 19 | Debit Purchase<br>099673 | ANIMAL CONTROL MORENO VALLECA<br>On 081724 ILNKILNK REF 423021099673 | 7308171622 | | 44.00- |
| Aug 20 | Debit Purchase - VISA<br>WALMART.COM | On 081824 WALMART.COM AR<br>REF # 24055234232063167506341 | 2063167506 | | 2.58- |
| Aug 20 | Debit Purchase<br>156089 | WM SUPERC Wal-Ma MORENO VALLECA<br>On 081924 MAESTERM REF 156089 | | | 7.50- |
| Aug 20 | Debit Purchase<br>218362 | Wal-Mart Super C MORENO VALLECA<br>On 081924 MAESTERM REF 218362 | | | 39.52- |
| Aug 20 | Debit Purchase - VISA<br>WALMART.COM | On 081824 800-925-6278 AR<br>REF # 24055234232063166167525 | 2063166167 | | 47.26- |
| Aug 20 | Debit Purchase<br>821846 | ARCO #42678 SUNNYMEAD CA<br>On 082024 MAESTERM REF 821846 | | | 50.62- |

TAMIE J VANN
KENNETH C VANN
13445 DILBECK DR
MORENO VALLEY CA 92553-6238

**Uni-Statement**
Account Number: 5721
Statement Period: Sep 19, 2024 through Oct 17, 2024

## U.S. BANK SMARTLY CHECKING

***Member FDIC***

U.S. Bank National Association

**Account Number -5721**

### Account Summary

| | | |
|---|---|---|
| Beginning Balance on Sep 19 | $ | 1,279.88 |
| Deposits / Credits | | 8,179.35 |
| Card Withdrawals | | 2,294.24- |
| Other Withdrawals | | 2,330.58- |
| Checks Paid | | 70.00- |
| **Ending Balance on Oct 17, 2024** | **$** | **4,764.41** |

| | | |
|---|---|---|
| Interest Paid this Year | $ | 0.03 |
| Number of Days in Statement Period | | 29 |

### Deposits / Credits

| *Date* | *Description of Transaction* | | *Ref Number* | *Amount* |
|---|---|---|---|---|
| Sep 23 | Electronic Deposit REF=242670087553880N00 | From PAYPAL TRANSFER PAYPALSD11 | | $ 0.01 |
| Sep 23 | Electronic Deposit REF=242670087553900N00 | From PAYPAL TRANSFER PAYPALSD11 | | 1.00 |
| Sep 23 | Electronic Deposit REF=242670122936930N00 | From PAYPAL TRANSFER PAYPALSD11 | | 11.56 |
| Sep 23 | Electronic Deposit REF=242670087553890N00 | From PAYPAL TRANSFER PAYPALSD11 | | 12.45 |
| Sep 24 | Electronic Deposit REF=242670153505900N00 | From PAYPAL TRANSFER PAYPALSD11 | | 0.80 |
| Sep 25 | Electronic Deposit REF=242680142259550N00 | From 1800SUPPORT INC SENDER S941687665 | | 362.50 |
| Sep 27 | Electronic Deposit REF=242700101097370N00 | From PAYPAL TRANSFER PAYPALSD11 | | 0.01 |
| Sep 27 | Electronic Deposit REF=242700101097170N00 | From PAYPAL TRANSFER PAYPALSD11 | | 0.10 |
| Sep 27 | Electronic Deposit REF=242700101097140N00 | From PAYPAL TRANSFER PAYPALSD11 | | 2.32 |
| Sep 30 | Electronic Deposit REF=242740104298660N00 | From PAYPAL TRANSFER PAYPALSD11 | | 1.30 |
| Sep 30 | Electronic Deposit REF=242740104298690N00 | From PAYPAL TRANSFER PAYPALSD11 | | 1.67 |
| Sep 30 | Electronic Deposit REF=242740104298670N00 | From PAYPAL TRANSFER PAYPALSD11 | | 6.55 |
| Sep 30 | Electronic Deposit REF=242740104010760N00 | From PAYPAL TRANSFER PAYPALSD11 | | 9.00 |
| Oct 1 | Mobile Check Deposit | | 8314515459 | 732.00 |
| Oct 3 | Federal Benefit Deposit REF=242740137373530N00 | From SSA TREAS 310 XXSOC SEC 4397A S | | 1,950.00 |
| Oct 7 | Electronic Deposit REF=242780169096820N00 | From PAYPAL TRANSFER PAYPALSD11 | | 0.50 |
| Oct 7 | Electronic Deposit REF=242810013765120N00 | From PAYPAL TRANSFER PAYPALSD11 | | 1.10 |
| Oct 7 | Electronic Deposit REF=242810013765110N00 | From PAYPAL TRANSFER PAYPALSD11 | | 8.47 |
| Oct 8 | Zelle Instant On 10/08/24 | PMT From KEVIN DUNCAN PMT ID=BACtr572xlv0 | | 106.00 |
| Oct 10 | Debit Purchase Ret - VISA SHEINUSServices, | On 090824 137-2105366 DE REF # 74793384283001556547 US1 | 3001556547 | 48.48 |
| Oct 11 | Zelle Instant On 10/11/24 | PMT From CARDINAL BRANCH INC PMT ID=BACrdbspbg4x | | 1.00 |
| Oct 11 | Zelle Instant On 10/11/24 | PMT From CARDINAL BRANCH INC PMT ID=BACjk0ou9vjz | | 1,199.00 |
| Oct 11 | Zelle Instant On 10/11/24 | PMT From INFINITY COURT RESEARCH & PMT ID=JPM99ap7yz72 | | 2,498.50 |
| Oct 15 | Electronic Deposit REF=242890103098920N00 | From PAYPAL TRANSFER PAYPALSD11 | | 2.40 |
| Oct 15 | Electronic Deposit REF=242890103098910N00 | From PAYPAL TRANSFER PAYPALSD11 | | 22.63 |



TAMIE J VANN
KENNETH C VANN
13445 DILBECK DR
MORENO VALLEY CA 92553-6238

**Uni-Statement**
Account Number: [redacted] 5721
Statement Period: Oct 18, 2024 through Nov 19, 2024

## U.S. BANK SMARTLY CHECKING (CONTINUED)

U.S. Bank National Association
**Account Number [redacted] -5721**

### Deposits / Credits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Oct 28 | Electronic Deposit REF=242990099556730N00 | From 1800SUPPORT INC SENDER S941687665 | | 270.00 |
| Oct 29 | Electronic Deposit REF=243030102400150N00 | From PAYPAL TRANSFER PAYPALSD11 | | 0.01 |
| Oct 29 | Electronic Deposit REF=243030102400170N00 | From PAYPAL TRANSFER PAYPALSD11 | | 1.40 |
| Oct 29 | Electronic Deposit REF=243030102400140N00 | From PAYPAL TRANSFER PAYPALSD11 | | 10.20 |
| Nov 1 | Federal Benefit Deposit REF=243030153660480N00 | From SSA TREAS 310 XXSOC SEC [redacted] 4397A S | | 1,950.00 |
| Nov 5 | Electronic Deposit REF=243090233049000N00 | From PAYPAL TRANSFER PAYPALSD11 | | 1.60 |
| Nov 5 | Electronic Deposit REF=243100084550260N00 | From PAYPAL TRANSFER PAYPALSD11 | | 23.82 |
| Nov 6 | Zelle Instant On 11/06/24 | PMT From CARDINAL BRANCH INC PMT ID=BACo6v74bbs7 | | 1,200.00 |
| Nov 8 | Mobile Check Deposit | | 9212693099 | 60.00 |
| Nov 8 | Mobile Check Deposit | | 9212692870 | 732.00 |
| Nov 8 | Mobile Check Deposit | | 9212692560 | 2,298.50 |
| Nov 12 | Electronic Deposit REF=243170082171760N00 | From PAYPAL TRANSFER PAYPALSD11 | | 0.01 |
| Nov 12 | Electronic Deposit REF=243170082171730N00 | From PAYPAL TRANSFER PAYPALSD11 | | 1.60 |
| Nov 12 | Electronic Deposit REF=243170082171750N00 | From PAYPAL TRANSFER PAYPALSD11 | | 6.68 |
| Nov 13 | Electronic Deposit REF=243180096981360N00 | From PAYPAL TRANSFER PAYPALSD11 | | 2.10 |
| Nov 13 | Electronic Deposit REF=243180097586710N00 | From PAYPAL TRANSFER PAYPALSD11 | | 28.42 |
| Nov 18 | Electronic Deposit REF=243230100782900N00 | From PAYPAL TRANSFER PAYPALSD11 | | 0.01 |
| Nov 18 | Electronic Deposit REF=243230100782890N00 | From PAYPAL TRANSFER PAYPALSD11 | | 1.10 |
| Nov 18 | Electronic Deposit REF=243230100782910N00 | From PAYPAL TRANSFER PAYPALSD11 | | 4.26 |
| | | | **Total Deposits / Credits** | **$ 7,816.09** |

### Card Withdrawals

Card Number: xxxx-xxxx-xxxx-4080

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Oct 18 | Debit Purchase - VISA POPEYES 13273 | On 101724 RIVERSIDE CA REF # 24941504292122768684294 | 2122768684 | $ 15.21- |
| Oct 21 | Debit Purchase - VISA MCDONALD'S F7804 | On 101924 RIVERSIDE CA REF # 24427334293740293638339 | 3740293638 | 13.02- |
| Oct 21 | Debit Purchase - VISA STARBUCKS 56884 | On 101724 MORENO VALLE CA REF # 24445004292500484298857 | 2500484298 | 22.30- |
| Oct 21 | Debit Purchase - VISA DOMINO'S 8321 | On 101724 951-353-8235 CA REF # 24445004292500484298931 | 2500484298 | 58.83- |
| Oct 22 | Debit Purchase 320786 | WM SUPERC Wal-Ma RIVERSIDE CA On 102124 MAESTERM REF 320786 | | 25.12- |
| Oct 23 | Debit Purchase 230752 | STATERBRO 315 E RIVERSIDE CA On 102224 MAESTERM REF 230752 | | 25.04- |
| Oct 25 | Debit Purchase 256751 | ARCO #42678 SUNNYMEAD CA On 102524 MAESTERM REF 256751 | | 62.47- |
| Oct 28 | Debit Purchase - VISA FIRST CALL TIRES | On 102624 MORENO VALLE CA REF # 24240044301030078426971 | 1030078426 | 46.80- |



TAMIE J VANN
KENNETH C VANN
13445 DILBECK DR
MORENO VALLEY CA 92553-6238

## INFORMATION YOU SHOULD KNOW (CONTINUED)

1. For the initial evaluation after opening your first qualifying account and at the beginning of every calendar month thereafter, we will apply the Smartly Interest Rate Bump tier based upon the average Combined Qualifying Balance (as described above).
2. In addition, we will review the Combined Qualifying Balances on a daily basis to determine whether you qualify for a higher Smartly Interest Rate Bump tier based upon the day's Combined Qualifying Balances.

If your daily Combined Qualifying Balances qualifies you for a tier upgrade, you will be moved to the higher tier (within 5 business days). You will remain in that tier until you qualify for a higher tier based on your daily Combined Qualifying Balances, or the calculated monthly Combined Qualifying Balance qualifies you for a higher or lower tier.

If you have questions, please call us at 800-USBANKS (872-2657) - we're available to help! You can also schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone or virtually.

## U.S. BANK SMARTLY CHECKING *Member FDIC*

U.S. Bank National Association **Account Number** [redacted] **-5721**

### Account Summary

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Nov 20 | $ | 2,698.28 | Interest Paid this Year | $ | 0.03 |
| Deposits / Credits | | 4,495.35 | Number of Days in Statement Period | | 28 |
| Card Withdrawals | | 2,138.11- | | | |
| Other Withdrawals | | 2,445.39- | | | |
| Checks Paid | | 170.00- | | | |
| **Ending Balance on Dec 17, 2024** | **$** | **2,440.13** | | | |

### Deposits / Credits

| *Date* | *Description of Transaction* | | *Ref Number* | | *Amount* |
|---|---|---|---|---|---|
| Nov 20 | Electronic Deposit<br>REF=243250081395380N00 | From PAYPAL<br>TRANSFER PAYPALSD11 | | $ | 2.70 |
| Nov 20 | Electronic Deposit<br>REF=243250081395350N00 | From PAYPAL<br>TRANSFER PAYPALSD11 | | | 10.07 |
| Nov 25 | Electronic Deposit<br>REF=243300079213510N00 | From PAYPAL<br>TRANSFER PAYPALSD11 | | | 1.40 |
| Nov 25 | Electronic Deposit<br>REF=243300079213500N00 | From PAYPAL<br>TRANSFER PAYPALSD11 | | | 28.65 |
| Dec 2 | Electronic Deposit<br>REF=243370143144920N00 | From PAYPAL<br>TRANSFER PAYPALSD11 | | | 1.30 |
| Dec 2 | Electronic Deposit<br>REF=243370143144930N00 | From PAYPAL<br>TRANSFER PAYPALSD11 | | | 19.83 |
| Dec 3 | Federal Benefit Deposit<br>REF=243320048831020N00 | From SSA TREAS 310<br>XXSOC SEC [redacted] 4397A S | | | 1,950.00 |
| Dec 9 | Electronic Deposit<br>REF=243440051655230N00 | From PAYPAL<br>TRANSFER PAYPALSD11 | | | 0.40 |
| Dec 9 | Electronic Deposit<br>REF=243440051655220N00 | From PAYPAL<br>TRANSFER PAYPALSD11 | | | 1.32 |
| Dec 10 | Zelle Instant<br>On 12/10/24 | PMT From INFINITY COURT RESEARCH &<br>PMT ID=JPM99asouczn | | | 376.00 |
| Dec 11 | Electronic Deposit<br>REF=243460030225720N00 | From PAYPAL<br>TRANSFER PAYPALSD11 | | | 3.00 |
| Dec 11 | Electronic Deposit<br>REF=243460028454530N00 | From PAYPAL<br>TRANSFER PAYPALSD11 | | | 30.68 |
| Dec 13 | Zelle Instant<br>On 12/13/24 | PMT From INFINITY COURT RESEARCH &<br>PMT ID=JPM99asuiki3 | | | 250.00 |
| Dec 13 | Mobile Check Deposit | | 9212353415 | | 1,820.00 |
| | | | **Total Deposits / Credits** | **$** | **4,495.35** |

### Card Withdrawals

Card Number: xxxx-xxxx-xxxx-4080

| *Date* | *Description of Transaction* | | *Ref Number* | | *Amount* |
|---|---|---|---|---|---|
| Nov 25 | Debit Purchase - VISA<br>STARBUCKS STORE | On 112324 RIVERSIDE CA<br>REF # 24692164329101166896875 | 9101166896 | $ | 6.75- |



TAMIE J VANN
KENNETH C VANN
13445 DILBECK DR
MORENO VALLEY CA 92553-6238

## INFORMATION YOU SHOULD KNOW (CONTINUED)

1. For the initial evaluation after opening your first qualifying account and at the beginning of every calendar month thereafter, we will apply the Smartly Interest Rate Bump tier based upon the average Combined Qualifying Balance (as described above).
2. In addition, we will review the Combined Qualifying Balances on a daily basis to determine whether you qualify for a higher Smartly Interest Rate Bump tier based upon the day's Combined Qualifying Balances.

If your daily Combined Qualifying Balances qualifies you for a tier upgrade, you will be moved to the higher tier (within 5 business days). You will remain in that tier until you qualify for a higher tier based on your daily Combined Qualifying Balances, or the calculated monthly Combined Qualifying Balance qualifies you for a higher or lower tier.

If you have questions, please call us at 800-USBANKS (872-2657) - we're available to help! You can also schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone or virtually.

## U.S. BANK SMARTLY CHECKING

***Member FDIC***

U.S. Bank National Association

**Account Number** [redacted] **-5721**

### Account Summary

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Dec 18 | $ | 2,440.13 | Number of Days in Statement Period | 31 |
| Deposits / Credits | | 5,434.64 | | |
| Card Withdrawals | | 2,144.30- | | |
| Other Withdrawals | | 4,420.87- | | |
| **Ending Balance on Jan 17, 2025** | **$** | **1,309.60** | | |

### Deposits / Credits

| *Date* | *Description of Transaction* | | *Ref Number* | | *Amount* |
|---|---|---|---|---|---|
| Dec 18 | Zelle Instant On 12/18/24 | PMT From INFINITY COURT RESEARCH & PMT ID=JPM99at6ekf5 | | $ | 108.00 |
| Dec 18 | Electronic Deposit REF=243520173932660N00 | From 1800SUPPORT INC SENDER S941687665 | | | 611.50 |
| Dec 23 | Electronic Deposit REF=243580086928740N00 | From PAYPAL TRANSFER PAYPALSD11 | | | 0.50 |
| Dec 23 | Electronic Deposit REF=243580086928730N00 | From PAYPAL TRANSFER PAYPALSD11 | | | 14.25 |
| Dec 23 | Zelle Instant On 12/23/24 | PMT From RJI SERVICES, INC. PMT ID=WFCT0YCM3RGF | | | 497.00 |
| Dec 23 | Internet Banking Transfer | From Account 253470060836 | | | 600.00 |
| Dec 26 | Zelle Instant On 12/26/24 | PMT From INFINITY COURT RESEARCH & PMT ID=JPM99atmcuw7 | | | 138.50 |
| Dec 30 | Electronic Deposit REF=243650083397380N00 | From PAYPAL TRANSFER PAYPALSD11 | | | 1.20 |
| Dec 30 | Electronic Deposit REF=243650073860260N00 | From PAYPAL TRANSFER PAYPALSD11 | | | 14.15 |
| Dec 31 | Electronic Deposit REF=243660066899020N00 | From PAYPAL TRANSFER PAYPALSD11 | | | 1.10 |
| Dec 31 | Electronic Deposit REF=243660066899030N00 | From PAYPAL TRANSFER PAYPALSD11 | | | 15.61 |
| Jan 2 | Mobile Check Deposit | | 8912201201 | | 732.00 |
| Jan 3 | Electronic Deposit REF=250030024258350N00 | From PAYPAL TRANSFER PAYPALSD11 | | | 0.01 |
| Jan 3 | Electronic Deposit REF=250030024258330N00 | From PAYPAL TRANSFER PAYPALSD11 | | | 0.40 |
| Jan 3 | Electronic Deposit REF=250030024258300N00 | From PAYPAL TRANSFER PAYPALSD11 | | | 11.03 |
| Jan 3 | Federal Benefit Deposit REF=243650160962660N00 | From SSA TREAS 310 XXSOC SEC [redacted] 4397A S | | | 1,995.00 |
| Jan 6 | Electronic Deposit REF=250060081621530N00 | From PAYPAL TRANSFER PAYPALSD11 | | | 0.20 |
| Jan 6 | Electronic Deposit REF=250060081621540N00 | From PAYPAL TRANSFER PAYPALSD11 | | | 2.19 |



TAMIE J VANN
KENNETH C VANN
13445 DILBECK DR
MORENO VALLEY CA 92553-6238

## U.S. BANK SMARTLY CHECKING (CONTINUED)

U.S. Bank National Association — **Account Number -5721**

### Deposits / Credits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jan 6 | Zelle Instant On 01/06/25 | PMT From INFINITY COURT RESEARCH & PMT ID=JPM99au9v1x0 | | 191.00 |
| Jan 7 | Electronic Deposit REF=250060190409060N00 | From PAYPAL TRANSFER PAYPALSD11 | | 3.59 |
| Jan 9 | Zelle Instant On 01/09/25 | PMT From INFINITY COURT RESEARCH & PMT ID=JPM99auf1k74 | | 79.00 |
| Jan 10 | Electronic Deposit REF=250090158496710N00 | From PAYPAL TRANSFER PAYPALSD11 | | 0.40 |
| Jan 10 | Electronic Deposit REF=250090136789550N00 | From PAYPAL TRANSFER PAYPALSD11 | | 8.34 |
| Jan 15 | Electronic Deposit REF=250140174906460N00 | From 1800SUPPORT INC SENDER S941687665 | | 335.00 |
| Jan 16 | Electronic Deposit REF=250150196695620N00 | From HPS MHC CALIFORN BILL PAY 7529252511 | | 74.45 |
| Jan 17 | Electronic Deposit REF=250170070682670N00 | From PAYPAL TRANSFER PAYPALSD11 | | 0.02 |
| Jan 17 | Electronic Deposit REF=250170070682660N00 | From PAYPAL TRANSFER PAYPALSD11 | | 0.20 |
| | | | **Total Deposits / Credits** | **$ 5,434.64** |

### Card Withdrawals

Card Number: xxxx-xxxx-xxxx-4080

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Dec 23 | Debit Purchase - VISA POPEYES 13273 | On 122024 RIVERSIDE CA REF # 24941504356188624215394 | 6188624215 | $ 18.04- |
| Dec 23 | Debit Purchase - VISA STARBUCKS STORE | On 122024 RIVERSIDE CA REF # 24692164356104652918639 | 6104652918 | 26.75- |
| Dec 23 | Debit Purchase - VISA CNTY RVSD MV #4 | On 122024 MORENO VALLE CA REF # 24755424356173564518672 | 6173564518 | 38.00- |
| Dec 23 | Debit Purchase 300815 | FOOD4LESS FUEL # MORENO VALLECA On 122124 ILNKILNK REF 435616300815 | 1512211045 | 45.47- |
| Dec 26 | Debit Purchase - VISA WIENERSCHNITZEL | On 122424 MORENO VALLE CA REF # 24013394360005275093545 | 0005275093 | 12.06- |
| Dec 26 | Debit Purchase - VISA CNTY RVSD MV #4 | On 122424 MORENO VALLE CA REF # 24755424360153604075424 | 0153604075 | 45.50- |
| Dec 26 | Debit Purchase 130068 | WM SUPERC Wal-Ma MORENO VALLECA On 122424 MAESTERM REF 130068 You Requested $20 In Cash Back | | 265.20- |
| Dec 30 | Debit Purchase - VISA 5910 EL POLLO LO | On 122724 RIVERSIDE CA REF # 24013394363005855277770 | 3005855277 | 14.89- |
| Dec 30 | Debit Purchase - VISA MCDONALD'S F7804 | On 122724 RIVERSIDE CA REF # 24427334362740284676146 | 2740284676 | 14.99- |
| Dec 30 | Debit Purchase - VISA CNTY RVSD MV #4 | On 122724 MORENO VALLE CA REF # 24755424363163632399198 | 3163632399 | 42.00- |
| Dec 31 | Debit Purchase 043530 | WM SUPERC Wal-Ma MORENO VALLECA On 123024 MAESTERM REF 043530 | | 5.00- |
| Dec 31 | Debit Purchase 348925 | WAL-MART #5193 MORENO VALLECA On 123024 MAESTERM REF 348925 | | 6.54- |
| Dec 31 | Debit Purchase - VISA CHEVRON 0200908 | On 123024 MORENO VALLE CA REF # 24692164365102469012801 | 5102469012 | 31.24- |
| Jan 6 | Debit Purchase - VISA JACK IN THE BOX | On 010525 MORENO VALLE CA REF # 24692165005107246719548 | 5107246719 | 27.20- |
| Jan 6 | Debit Purchase 939867 | STATERBRO 315 E RIVERSIDE CA On 010425 MAESTERM REF 939867 You Requested $20 In Cash Back | | 40.32- |
| Jan 7 | Debit Purchase 100710 | WM SUPERC Wal-Ma MORENO VALLECA On 010625 MAESTERM REF 100710 | | 27.55- |



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

1445 TRN S X ST01

**Uni-Statement**
Account Number:
[redacted] 5721
Statement Period:
Jan 18, 2025
through
Feb 19, 2025

106481253089669 ER

TAMIE J VANN
KENNETH C VANN
13445 DILBECK DR
MORENO VALLEY CA 92553-6238

***To Contact U.S. Bank***

***By Phone:*** *800-US BANKS (800-872-2657)*

***U.S. Bank accepts Relay Calls***

***Internet:*** *usbank.com*

## NEWS FOR YOU

Scan here with your phone's camera to download the U.S. Bank Mobile App.

**Eligible cardmembers can check out online with Paze[SM] today.**

The list of merchants offering Paze at online checkout keeps growing. See the full list of merchants offering Paze at paze.com/merchant-directory

*Paze and the Paze related marks are wholly owned by Early Warning Services, LLC and are used herein under license.*

## U.S. BANK SMARTLY CHECKING

***Member FDIC***

U.S. Bank National Association

**Account Number** [redacted] **-5721**

### Account Summary

| | | |
|---|---|---|
| Beginning Balance on Jan 18 | $ | 1,309.60 |
| Deposits / Credits | | 4,630.58 |
| Card Withdrawals | | 1,920.82- |
| Other Withdrawals | | 3,837.71- |
| Checks Paid | | 130.00- |
| **Ending Balance on Feb 19, 2025** | **$** | **51.65** |

Number of Days in Statement Period 33

### Deposits / Credits

| *Date* | *Description of Transaction* | | *Ref Number* | | *Amount* |
|---|---|---|---|---|---|
| Jan 24 | Mobile Check Deposit | | 9211638937 | $ | 831.50 |
| Jan 27 | Electronic Deposit<br>REF=250270071850220N00 | From PAYPAL<br>TRANSFER PAYPALSD11 | | | 0.01 |
| Jan 27 | Electronic Deposit<br>REF=250270071850210N00 | From PAYPAL<br>TRANSFER PAYPALSD11 | | | 1.70 |
| Jan 27 | Electronic Deposit<br>REF=250270080887900N00 | From PAYPAL<br>TRANSFER PAYPALSD11 | | | 24.10 |
| Jan 28 | Deposit | | 8314594361 | | 387.45 |
| Jan 29 | Zelle Instant<br>On 01/29/25 | PMT From INFINITY COURT RESEARCH &<br>PMT ID=JPM99awe1uwq | | | 27.50 |
| Jan 29 | Zelle Instant<br>On 01/29/25 | PMT From INFINITY COURT RESEARCH &<br>PMT ID=JPM99awe2bv0 | | | 29.50 |
| Jan 29 | Zelle Instant<br>On 01/29/25 | PMT From INFINITY COURT RESEARCH &<br>PMT ID=JPM99awe2ljr | | | 54.00 |

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



usbank

TAMIE J VANN
KENNETH C VANN
13445 DILBECK DR
MORENO VALLEY CA 92553-6238

**Uni-Statement**
Account Number:
[redacted] 5721
Statement Period:
Jan 18, 2025
through
Feb 19, 2025

## U.S. BANK SMARTLY CHECKING (CONTINUED)

U.S. Bank National Association **Account Number [redacted]-5721**

### Deposits / Credits (continued)

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Jan 30 | Electronic Deposit<br>REF=250290201386360N00 | From 1800SUPPORT INC<br>SENDER S941687665 | | | 80.50 |
| Feb 3 | Electronic Deposit<br>REF=250340108854170N00 | From PAYPAL<br>TRANSFER PAYPALSD11 | | | 1.60 |
| Feb 3 | Electronic Deposit<br>REF=250340108854150N00 | From PAYPAL<br>TRANSFER PAYPALSD11 | | | 21.11 |
| Feb 3 | Mobile Check Deposit | | 8012639092 | | 117.00 |
| Feb 3 | Mobile Check Deposit | | 8012985475 | | 732.00 |
| Feb 3 | Federal Benefit Deposit<br>REF=250290099899210N00 | From SSA TREAS 310<br>XXSOC SEC [redacted] 4397A S | | | 1,995.00 |
| Feb 10 | Electronic Deposit<br>REF=250380101408930N00 | From PAYPAL<br>TRANSFER PAYPALSD11 | | | 1.60 |
| Feb 10 | Electronic Deposit<br>REF=250380101408920N00 | From PAYPAL<br>TRANSFER PAYPALSD11 | | | 8.85 |
| Feb 10 | Internet Banking Transfer | From Account 253470060836 | | | 100.00 |
| Feb 11 | Electronic Deposit<br>REF=250420105566290N00 | From PAYPAL<br>TRANSFER PAYPALSD11 | | | 0.70 |
| Feb 11 | Debit Purchase Ret - VISA<br>APF*The Culton C | On 012525 951-6587211 CA<br>REF # 74906415041221654835 US1 | 1221654835 | | 42.00 |
| Feb 12 | Electronic Deposit<br>REF=250420132972210N00 | From PAYPAL<br>TRANSFER PAYPALSD11 | | | 10.27 |
| Feb 14 | Zelle Instant<br>On 02/14/25 | PMT From APPLICANT BACKGROUND INFOR<br>PMT ID=WFCT0YJGZ94D | | | 154.50 |
| Feb 18 | Debit Purchase Ret - VISA<br>AMAZON MKTPLACE | On 021525 Amzn.com/bil WA<br>REF # 74692165046108210842 US1 | 6108210842 | | 9.69 |
| | | | **Total Deposits / Credits** | **$** | **4,630.58** |

### Card Withdrawals

Card Number: xxxx-xxxx-xxxx-4080

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Jan 21 | Debit Purchase - VISA<br>JACK IN THE BOX | On 011625 MORENO VALLE CA<br>REF # 24692165017107025217231 | 7107025217 | $ | 6.55- |
| Jan 21 | Debit Purchase<br>048840 | WM SUPERC Wal-Ma MORENO VALLECA<br>On 012125 MAESTERM REF 048840 | | | 30.87- |
| Jan 22 | Debit Purchase<br>910469 | ARCO #42678 SUNNYMEAD CA<br>On 012225 MAESTERM REF 910469 | | | 52.96- |
| Jan 23 | Debit Purchase<br>258689 | PY *COFFE 8303 H RANCHO CUCAMCA<br>On 012225 MAESTERM REF 258689 | | | 1.25- |
| Jan 23 | Debit Purchase - VISA<br>MCDONALD'S F962 | On 012125 RIVERSIDE CA<br>REF # 24427335022710036594367 | 2710036594 | | 12.93- |
| Jan 23 | Debit Purchase - VISA<br>RANCHO SUPERIOR | On 012225 RANCHO CUCAM CA<br>REF # 24431065022135999404130 | 2135999404 | | 127.50- |
| Jan 24 | Debit Purchase - VISA<br>CARLS JR 1100194 | On 012225 RIVERSIDE CA<br>REF # 24755425023170233319771 | 3170233319 | | 7.00- |
| Jan 24 | Debit Purchase - VISA<br>IN-N-OUT RIVERSI | On 012225 RIVERSIDE CA<br>REF # 24692165023101961762112 | 3101961762 | | 11.69- |
| Jan 24 | Debit Purchase - VISA<br>FARMER BOYS - 10 | On 012225 RIVERSIDE CA<br>REF # 24269795023500604782576 | 3500604782 | | 13.47- |
| Jan 24 | Debit Purchase<br>795289 | ARCO #665770 RIVERSIDE CA<br>On 012325 MAESTERM REF 795289 | | | 25.75- |
| Jan 24 | Debit Purchase<br>325457 | STATERBRO 315 E RIVERSIDE CA<br>On 012325 MAESTERM REF 325457 | | | 27.46- |
| Jan 27 | Debit Purchase<br>858016 | WAL-MART #5193 MORENO VALLECA<br>On 012525 MAESTERM REF 858016 | | | 21.79- |
| Jan 28 | Debit Purchase - VISA<br>MCDONALD'S F2689 | On 012725 RANCHO CUCAM CA<br>REF # 24427335027740276475485 | 7740276475 | | 9.58- |

usbank.

TAMIE J VANN
KENNETH C VANN
13445 DILBECK DR
MORENO VALLEY CA 92553-6238

## INFORMATION YOU SHOULD KNOW (CONTINUED)

Certain Customer Group benefits are updated as follows:

- Military
  - All account owners receive Military customer group benefits on that account when an owner is a member of the Military customer group
  - The 50% Safe Deposit Box annual rental fee discount is removed
  - Automatic enrollment in the Plus tier is removed; however, you will continue to receive the following benefits:
    - Monthly Maintenance Fee waiver on the Bank Smartly Checking account
    - Unlimited fee waivers for Cashier's Checks, Personal Money Orders and Stop Payments
    - The first four Non-U.S. Bank ATM Transaction fees are waived per statement period
    - For Non-U.S. Bank ATM Surcharge charged by ATM Owner (Domestic Only), the first fee is reimbursed (one per statement period)
    - Standard Savings Interest Rate Lift: 10.00% of the standard interest rate
    - IRA Annual Fee Waiver
- Wealth Management
  - First four fees reimbursed per statement period for Non-U.S. Bank ATM Surcharge charged by an ATM Owner (Domestic only)
  - You will continue to receive the following benefits:
    - Premier service including:
      - Access to a dedicated team of wealth professionals with planning, investment and banking expertise
      - Dedicated concierge phone support
      - Market and economic updates
      - Exclusive event invitations
    - Access to customer lending solutions, including Liquid Asset Secured lines of credit
    - Higher money movement limits
    - Immediate access to your funds
    - Complimentary Wealth Management-branded personal checks
- Workplace-Financial Wellness Program
  - Monthly Maintenance Fee waiver on the Bank Smartly Checking account
  - The first four Non-U.S. Bank ATM Transaction fees are waived per statement period
  - The 50% Safe Deposit Box annual rental fee discount is removed
  - You will continue to receive the 50% discount on personal check re-orders (U.S. Bank logo or personal)
- U.S. Bank Global Transition Solutions (Formerly known as Referral Banking)
  - Two incoming Wire Transfer fees waived per statement period
  - The first four Non-U.S. Bank ATM Transaction fees are waived per statement period
  - Automatic enrollment in the Primary tier is removed; however, you will continue to receive the following benefits:
    - Monthly Maintenance Fee waiver on the Bank Smartly Checking account
    - Standard Savings Interest Rate Lift: 5.00% of the standard interest rate

If you have questions, please call us at 800-USBANKS (872-2657) - we're available to help! You can also schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone or virtually.

## U.S. BANK SMARTLY CHECKING

*Member FDIC*

U.S. Bank National Association

**Account Number** [redacted] **-5721**

### Account Summary

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Feb 20 | $ | 51.65 | Number of Days in Statement Period | 27 |
| Deposits / Credits | | 13,068.33 | | |
| Card Withdrawals | | 5,560.28- | | |
| Other Withdrawals | | 3,965.02- | | |
| **Ending Balance on Mar 18, 2025** | **$** | **3,594.68** | | |

### Deposits / Credits

| *Date* | *Description of Transaction* | *Ref Number* | | *Amount* |
|---|---|---|---|---|
| Feb 20 | Mobile Check Deposit | 8913441032 | $ | 202.00 |



TAMIE J VANN
KENNETH C VANN
13445 DILBECK DR
MORENO VALLEY CA 92553-6238

**Uni-Statement**
Account Number: [redacted] 5721
Statement Period: Feb 20, 2025 through Mar 18, 2025

## U.S. BANK SMARTLY CHECKING (CONTINUED)

U.S. Bank National Association
**Account Number [redacted] -5721**

### Deposits / Credits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Feb 20 | Electronic Deposit REF=250500175640000N00 | From 1800SUPPORT INC SENDER S941687665 | | 532.75 |
| Feb 21 | Electronic Deposit REF=250520022641880N00 | From PAYPAL TRANSFER PAYPALSD11 | | 0.70 |
| Feb 21 | ATM Deposit | USB RIVERSIDE UN RIVERSIDE CA Serial No. 001110123220SUS4W696 | | 1,500.00 |
| Feb 24 | Electronic Deposit REF=250520071097790N00 | From PAYPAL TRANSFER PAYPALSD11 | | 7.73 |
| Feb 24 | Zelle Instant On 02/24/25 | PMT From RJI SERVICES, INC. PMT ID=WFCT0YKFHW9Q | | 90.75 |
| Feb 24 | Electronic Deposit REF=250500102075290N00 | From IRS TREAS 310 TAX REF 9111736946 | | 7,412.00 |
| Feb 25 | Zelle Instant On 02/24/25 | PMT From RJI SERVICES, INC. PMT ID=WFCT0YKH7C3H | | 50.00 |
| Mar 3 | Federal Benefit Deposit REF=250570097236290N00 | From SSA TREAS 310 XXSOC SEC [redacted] 4397A S | | 1,995.00 |
| Mar 6 | ATM Deposit | US BANK MORENO V MORENO VALLE CA Serial No. 008474160858SUS4W381 | | 900.00 |
| Mar 10 | Electronic Deposit REF=250660169885780N00 | From PAYPAL TRANSFER PAYPALSD11 | | 1.30 |
| Mar 10 | Electronic Deposit REF=250690076627140N00 | From PAYPAL TRANSFER PAYPALSD11 | | 7.90 |
| Mar 11 | Electronic Deposit REF=250700050688120N00 | From PAYPAL TRANSFER PAYPALSD11 | | 0.70 |
| Mar 11 | Electronic Deposit REF=250700050688130N00 | From PAYPAL TRANSFER PAYPALSD11 | | 7.54 |
| Mar 12 | Debit Purchase Ret - VISA SUPER 8 MOTELS | On 030925 714-7780350 CA REF # 74755425070160695641 US1 | 0160695641 | 150.00 |
| Mar 14 | Electronic Deposit REF=250720190962760N00 | From 1800SUPPORT INC SENDER S941687665 | | 200.00 |
| Mar 18 | Electronic Deposit REF=250760205332150N00 | From PAYPAL TRANSFER PAYPALSD11 | | 0.40 |
| Mar 18 | Electronic Deposit REF=250760205332140N00 | From PAYPAL TRANSFER PAYPALSD11 | | 9.56 |
| | | | **Total Deposits / Credits** | **$ 13,068.33** |

### Card Withdrawals

Card Number: xxxx-xxxx-xxxx-4080

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Feb 20 | Debit Purchase 323347 | FOOD4LESS 24500 MORENO VALLECA On 022025 MAESTERM REF 323347 | | $ 53.63- |
| Feb 21 | Debit Purchase 845670 | ARCO #42678 SUNNYMEAD CA On 022125 MAESTERM REF 845670 | | 68.71- |
| Feb 24 | Debit Purchase - VISA JACK IN THE BOX | On 022125 MORENO VALLE CA REF # 24692165053104090220187 | 3104090220 | 14.96- |
| Feb 24 | Debit Purchase - VISA CNTY RVSD MV #4 | On 022125 MORENO VALLE CA REF # 24755425053170530484933 | 3170530484 | 61.00- |
| Feb 25 | Debit Purchase - VISA MCDONALD'S F1214 | On 022425 RIVERSIDE CA REF # 24427335055740282789197 | 5740282789 | 37.14- |
| Feb 26 | Debit Purchase 036463 | USPS PO 05515605 MORENO VALLECA On 022525 ILK1TERM REF 505623036463 | 6302251704 | 6.35- |
| Feb 26 | Debit Purchase - VISA POPEYES 13273 | On 022525 RIVERSIDE CA REF # 24941505057255420263768 | 7255420263 | 16.18- |
| Feb 26 | Debit Purchase 304182 | WM SUPERC Wal-Ma MORENO VALLECA On 022525 MAESTERM REF 304182 You Requested $20 In Cash Back | | 30.65- |

# EXHIBIT B

FIS ebtEDGE℠

## Account Information

Card (...0849) Available balance as of May 26, 2025 6:54 PM PT

Food: $0.00

Cash: $99.00

Transaction Type

ALL | CASH | FOOD

Transaction Date Range (Days)

7 | 30 | 60 | ALL

Posted Transactions

Food Purchase

May 25, 2025 05:29 PM PT

-$ 98.17

Card:...0849

Walmart.com Ebt, 702 Sw 8th

Entry Mode: Internet

PIN Selected

May 25, 2025 05:10 PM PT

$ 0.00

Card:...0849

,

Food Purchase

May 13, 2025 10:16 AM PT

-$ 39.52

Card:...0849

Walmart.com Ebt, 702 Sw 8th

Entry Mode: Internet

Food Purchase

-$ 98.31

May 10, 2025 12:39 PM PT

Card:...0849

Mcdonald's F11549, 24440

Bene Avail (Food)

$ 236.00

May 10, 2025 12:00 AM PT

Card:...

,

Cash Withdrawal

-$ 1600.00

May 09, 2025 06:51 PM PT

Card:...0849

ATM Surcharge: $0.00

U.s. Bank, Us Bank Moreno

Transaction Fee: -$

PIN Selected

$ 0.00

May 09, 2025 05:56 PM PT

Card:...0849

,

PIN Selected

$ 0.00

May 08, 2025 04:49 PM PT

Card:...0849

,

PIN Selected

May 07, 2025 06:14 AM PT

Card:...0849

,

$ 0.00

Bene Avail (Cash)

May 03, 2025 12:00 AM PT

Card:...

,

$ 1610.00

Food Purchase

April 22, 2025 07:04 PM PT

Card:...0849

Walmart.com Ebt, 702 Sw 8th

-$ 62.11

Entry Mode: Internet

Food Return

April 16, 2025 09:35 AM PT

Card:...0849

Walmart.com Ebt, 702 Sw 8th

$ 0.73

Entry Mode: Internet

Food Purchase

April 15, 2025 09:12 PM PT

Card:...0849

Walmart.com Ebt, 702 Sw 8th

-$ 174.62

Entry Mode: Internet

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3090 Bristol Street #400**
**Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF DEBTOR IN SUPPORT OF CONFIRMATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 6/24/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Paul W Cervenka paul.cervenka@bonialpc.com
Rod Danielson (TR) notice-efile@rodan13.com
Kirsten Martinez Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
Garry A Masterson BnkEcf-CA@weltman.com, gmasterson@weltman.com
United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 6/24/2025 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge Scott H. Yun**
3420 Twelfth Street
Suite 345 / Courtroom 302
Riverside, CA 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **6/24/2025** | **Benjamin Heston** | **/s/Benjamin Heston** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012 **F 9013-3.1.PROOF.SERVICE**