# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Tuesday, July 1, 2025**  Hearing Room  **302**

**1:30 PM**
**6:25-11494**  Tamie Jo Vann and Kenneth Charles Vann                                    **Chapter 13**

Telephonic Hearing   **CONSENT**

#44.00    CONT'D Confirmation of Chapter 13 Plan

FR. 5/27/25; 6/10/25

Susan Luong to appear by telephone (626)616-5008
Benjamin Heston to appear by telephone (949)312-1377  *Debtor*

Docket     22

**Matter Notes:**

**Consent Calendar**

(✓) **Confirmed** per trustee's recommendation  - Plan provisions: % to pay _100_
      Duration _60_
      Payment $ _2605(1-2)_
                _$2635(3-27)_
                _$2935(28-60)_

( ) **Continued** to _____ at 1:30 p.m.   *Consent to lesser 4/25*

   341(a)   _____ at 9:00 a.m.

( ) **Objection** to plan:  ( ) Withdrawn   ( ) Sustained   ( ) Overruled

( ) **Case Dismissed**

      ( ) without prejudice   ( ) Under § 109(g)

      ( ) if conversion to chapter 7 not filed and fee paid within 10 days

**Tentative Ruling:**
   - NONE LISTED -

**Party Information**