# United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501–3819**

# NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

**DEBTOR(S) INFORMATION:**
Tamie Jo Vann
**SSN:** xxx–xx–9353
**EIN:** N/A
Kenneth Charles Vann
**SSN:** xxx–xx–4397

13445 Dilbeck Dr
Moreno Valley, CA 92553–6238

**BANKRUPTCY NO.** 6:25–bk–11494–SY
**CHAPTER** 13

Notice is hereby given of the entry of an order of this Court confirming a chapter 13 plan. You may review the order and the plan itself at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov.

Dated: July 16, 2025

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntc13pln – ncp13 v.12/20)

**35 / AUTU**