United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 25-11494-SY |
| Tamie Jo Vann | Chapter 13 |
| Kenneth Charles Vann | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 16, 2025 | Form ID: ntc13pln | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Tamie Jo Vann, Kenneth Charles Vann, 13445 Dilbeck Dr, Moreno Valley, CA 92553-6238 |
| cr | + | Wilmington Savings Fund Society, FSB, 3160 Crow Canyon Place, Suite 215, San Ramon, CA 94583, UNITED STATES 94583-1110 |
| cr | + | Wilmington Savings Fund Society, FSB, not in its i, 3160 Crow Canyon Place, Suite 215, San Ramon, CA 94583-1110 |
| 42377457 | | Mechanics Bank Auto Finance, PO Box 1479, Santa Ana, CA 92702 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Jul 17 2025 01:10:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Jul 17 2025 01:11:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | Email/Text: bkmailings@nbsdefaultservices.com | Jul 17 2025 01:10:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |
| 42470757 | + | Email/Text: bankruptcyreports@wakeassoc.com | Jul 17 2025 01:10:00 | AMERICAN MEDICAL RESPONSE, C/O WAKEFIELD & ASSOCIATES, LLC, PO BOX 58, Fort Morgan, CO 80701-0058 |
| 42486117 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 17 2025 01:15:46 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 42377456 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 17 2025 01:15:05 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 42404733 | + | Email/Text: BKRMailOps@weltman.com | Jul 17 2025 01:10:00 | GREEN AURORA TRUST, C/O WELTMAN, WEINBERG & REIS CO., L.P.A., 5990 WEST CREEK ROAD, SUITE 200, INDEPENDENCE, OH 44131-2191 |
| 42477240 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 17 2025 01:15:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 42377458 | | Email/Text: ml-ebn@missionlane.com | Jul 17 2025 01:09:00 | Mission Lane Tab Bank, Po Box 105286, Atlanta, GA 30348-5286 |
| 42416749 | + | Email/Text: SPECIALSERVICES@mechanicsbank.com | Jul 17 2025 01:10:00 | Mechanics Bank Auto Finance, P.O. Box 1479, Rancho Cucamonga, CA 91729-1479 |
| 42482813 | + | Email/Text: customerservice@launchservicing.com | Jul 17 2025 01:09:01 | Regions, c/o Launch Servicing, LLC, PO BOX 91910, Sioux Falls, SD 57109-1910 |
| 42377459 | | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Jul 17 2025 01:10:00 | Regions Bank, 650 S Main St Ste 1000, Salt Lake Cty, UT 84101-2844 |
| 42394601 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 17 2025 01:14:45 | Riverside Community Hospital, Resurgent Capital |

| District/off: 0973-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 16, 2025 | Form ID: ntc13pln | Total Noticed: 20 |

| | | | |
|---|---|---|---|
| | | | Services, PO Box 1927, Greenville, SC 29602-1927 |
| 42377461 | Email/Text: support@spirerecoverysolutions.com | Jul 17 2025 01:10:18 | Spire Recovery Solutions, 57 Canal St # 302, Lockport, NY 14094-2845 |
| 42377460 | Email/Text: mtgbk@shellpointmtg.com | Jul 17 2025 01:10:00 | Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 42474415 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 17 2025 01:15:52 | Wilmington Savings Fund Society, FSB, Trustee (See 410), c/o NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | GREEN AURORA TRUST |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2025            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Joint Debtor Kenneth Charles Vann bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Debtor Tamie Jo Vann bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Garry A Masterson | on behalf of Creditor GREEN AURORA TRUST BnkEcf-CA@weltman.com gmasterson@weltman.com |
| Kirsten Martinez | on behalf of Creditor Wilmington Savings Fund Society  FSB Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com |
| Kirsten Martinez | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as owner trustee for CSMC 2018-RPL6 Trust as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com |
| Paul W Cervenka | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing paul.cervenka@bonialpc.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | |

District/off: 0973-6      User: admin      Page 3 of 3

Date Rcvd: Jul 16, 2025      Form ID: ntc13pln      Total Noticed: 20

ustpregion16.rs.ecf@usdoj.gov

TOTAL: 8

**United States Bankruptcy Court**
**Central District of California**

3420 Twelfth Street, Riverside, CA 92501−3819

# NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

**DEBTOR(S) INFORMATION:**
Tamie Jo Vann
**SSN:** xxx−xx−9353
**EIN:** N/A
Kenneth Charles Vann
**SSN:** xxx−xx−4397

13445 Dilbeck Dr
Moreno Valley, CA 92553−6238

**BANKRUPTCY NO.** 6:25−bk−11494−SY
**CHAPTER** 13

Notice is hereby given of the entry of an order of this Court confirming a chapter 13 plan. You may review the order and the plan itself at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov.

Dated: July 16, 2025

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntc13pln − ncp13 v.12/20)

**35 / AUTU**