**Rod Danielson**
**Chapter 13 Trustee**
**3787 University Avenue**
**Riverside, CA 92501**
**Tel. (951) 826-8000, Fax (951) 826-8090**

10/21/2025

TAMIE JO VANN
KENNETH CHARLES VANN
13445 DILBECK DR
MORENO VALLEY, CA  92553-6238

| STATEMENT OF DELINQUENCY |
|---|

Re:  TAMIE JO VANN
     KENNETH CHARLES VANN
     Case No.:  6:25-bk-11494-SY
     Plan Payment Delinquency of $532.00

Dear Debtor(s):

The purpose of this letter is to notify you that through today, my records reflect that you are $532.00 delinquent in making your plan payments to the Trustee.  Your first payment was due on 4/12/2025, and another payment came due on the same day of the month, each and every month thereafter (unless otherwise ordered by the judge in your case).  Your monthly payment amount is $2,635.00.  If you have any questions about your delinquency, contact your attorney.

If you are not able to make your payments as they come due, contact your attorney to discuss options for ensuring the continued success of your plan.

There are many ways to deal with delinquency, and the fastest way is to immediately mail the delinquent amount (certified check or money order only) to my lockbox at P O Box 1330, Riverside, CA 92502.

Once you are fully current, consider requesting a Payroll Deduction Order (PDO) from the Trustee.  Your plan payments will be automatically withheld from your wages, and you will not incur the cost of purchasing a money order each month.  Similarly, you can request an ACH deduction, and your plan payment will be electronically deducted from your checking account on the 20th of each month.  You can also make payments via on-line banking through Nationwide TFS.  More information is available at my website www.rodan13.com.

Chapter 13 offers you protection from your creditors while you are repaying your debts over an extende period of time, not exceeding five years.  But you will only have that protection so long as you are able to fully comply with the payment requirements of Chapter 13.

Sincerely,

_____
   Rod Danielson
   Chapter 13 Trustee

FG:088 - RD