Rod Danielson, Chapter 13 Standing Trustee
3787 University Avenue, Riverside, CA 92501
Tel. (951) 826-8000

**STATUS REPORT - CASE #6:25-bk-11494-SY  AS OF 3/31/2026**

| LAST 12 RECEIPTS | | TOTAL RECEIPTS PER MONTH - LAST 12 MONTHS | |
|---|---|---|---|
| 03/16/26 | $2,679.00 | 03/2026 | $2,679.00 |
| 02/19/26 | $2,679.00 | 02/2026 | $2,679.00 |
| 01/23/26 | $2,679.00 | 01/2026 | $2,679.00 |
| 12/18/25 | $2,700.00 | 12/2025 | $2,700.00 |
| 11/18/25 | $2,700.00 | 11/2025 | $2,700.00 |
| 10/17/25 | $2,679.00 | 10/2025 | $2,679.00 |
| 09/18/25 | $2,679.00 | 09/2025 | $2,679.00 |
| 08/19/25 | $2,679.00 | 08/2025 | $2,679.00 |
| 07/18/25 | $2,679.00 | 07/2025 | $2,679.00 |
| 06/16/25 | $2,379.00 | 06/2025 | $2,379.00 |
| 05/22/25 | $2,379.00 | 05/2025 | $3,958.00 |
| 05/13/25 | $1,579.00 | 04/2025 | $800.00 |

TAMIE JO VANN
KENNETH CHARLES VANN
13445 DILBECK DR
MORENO VALLEY, CA  92553-6238

CURRENT CASE DISPOSITION: ACTIVE

| | | | |
|---|---|---|---|
| FILING DATE: | 03/13/2025 | MONTHLY PLAN PMT AMT: | $2,635.00 |
| 1ST MEETING DATE: | 04/16/2025 | GROSS RECEIPTS: | $31,290.00 |
| CONFIRMATION DATE: | 07/01/2025 | REFUNDS FR CREDITORS: | $0.00 |
| TERM OF PLAN: | 60 MONTHS | NET PAID CREDITORS: | $20,015.52 |

| | |
|---|---|
| FEES PAID TO ATTY: | $5,734.38 |
| FEES PAID TO TRUSTEE: | $3,129.00 |
| REFUNDS TO DEBTORS: | $0.00 |
| BALANCE ON HAND: | $2,411.10 |

| CLM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| ATTY | NEXUS BANKRUPTCY | ATTORNEY FEE | N/A | $6,000.00 | $6,000.00 | $5,734.38 | $0.00 | $265.62 |
| 0002 | REGIONS | SECURED | 0.00 | $34,362.00 | $34,496.58 | $0.00 | $0.00 | $0.00 |
| 0003 | WILMINGTON SAVINGS FUND SOCIE | MORTGAGE ARREARS | 0.00 | $36,000.00 | $37,770.82 | $0.00 | $0.00 | $37,770.82 |
| 0004 | GREEN AURORA TRUST | SECURED | 0.00 | $11,000.00 | $37,496.58 | $0.00 | $0.00 | $0.00 |
| 0005 | CAPITAL ONE NA | UNSECURED | 0.00 | $500.00 | $521.75 | $0.00 | $0.00 | $521.75 |
| 0006 | LVNV FUNDING, LLC | UNSECURED | 0.00 | $471.00 | $486.12 | $0.00 | $0.00 | $486.12 |
| 0007 | MISSION LANE TAB BANK | UNSECURED | 0.00 | $280.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0008 | RIVERSIDE COMMUNITY HOSPITAL | UNSECURED | 0.00 | $1,600.00 | $1,600.00 | $0.00 | $0.00 | $1,600.00 |
| 0009 | SPIRE RECOVERY SOLUTIONS | UNSECURED | 0.00 | $10,995.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0010 | MECHANICS BANK AUTO FINANCE | VEHICLE ARREARS | 4.00 | $667.63 | $667.63 | $0.00 | $0.00 | $667.63 |
| 0011 | WILMINGTON SAVINGS FUND SOCIE | SECURED ON-GOING DEBT | 0.00 | $0.00 | $1,667.96 | $20,015.52 | $0.00 | $0.00 |
| 0012 | RIVERSIDE COMMUNITY HOSPITAL | UNSECURED | 0.00 | $0.00 | $90.00 | $0.00 | $0.00 | $90.00 |
| 0013 | AMERICAN MEDICAL RESPONSE | UNSECURED | 0.00 | $0.00 | $416.48 | $0.00 | $0.00 | $416.48 |
| 0014 | CAPITAL ONE NA | UNSECURED | 0.00 | $0.00 | $256.41 | $0.00 | $0.00 | $256.41 |
| | | | | | **TOTAL PRINCIPAL BALANCE OWED*:** | | | **$42,074.83** |

* THE "TOTAL PRINCIPAL BALANCE OWED" IS NOT THE AMOUNT NECESSARY TO PAY YOUR PLAN IN FULL.   IT DOES NOT TAKE INTO ACCOUNT ANY BALANCE ON HAND, NOR DOES IT INCLUDE TRUSTEE'S FEES  (ESTIMATED AT 11%), ACCRUING INTEREST, ANY CLAIMS THAT THE TRUSTEE IS NOT AWARE OF, OR "BASE PLAN" REQUIREMENTS.  TO OBTAIN AN ESTIMATED PAYOFF BALANCE, PLEASE SUBMIT A WRITTEN REQUEST TO THE TRUSTEE.