# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Wednesday, November 18, 2026** **Hearing Room 302**

9:30 AM
**6:25-11494** **Tamie Jo Vann and Kenneth Charles Vann** **Chapter 13**

Telephonic Hearing

**#13.00** Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2016 Honda CR-V EX, VIN: 3CZRM3H59GG711001

**Benjamin Heston to appear by telephone (949)312-1377** ✓ debtor

Javonne Phillips on phone ✓ Movant

Docket 44

**Matter Notes:**

**GRANTED:** ________ **DENIED:** ________

**APO:** ________

**CONT'D. TO:** 1-13-27 @ 9:30am

**WITHDRAWN:** ________

**ORDER LODGED BY:** ________

**Tentative Ruling:**

GRANT relief from the automatic stay under § 362(d)(1).

GRANT waiver of FRBP 4001(a)(4) stay.

APPEARANCES WAIVED. No opposition has been timely filed. If written or oral opposition is presented at the hearing, the hearing may be continued. Movant to lodge an order within 7 days.

**Party Information**

**Debtor(s):**

Tamie Jo Vann — Represented By Benjamin Heston